```
1  SARA L. GABIN, OSB #81234
   Attorney for **Plaintiff**
2  Five Centerpointe Drive, Suite 100
   Lake Oswego, Oregon 97035
3  tel: 503.620.3171  fax: 503.620.3365
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| WILLIAM M. BORJA, | Civil No. 04-1244-HU |
|---|---|
| Plaintiff, | ORDER FOR EAJA FEES |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based on plaintiff's (Borja's) application, it is hereby ORDERED that attorney fees of $4,198.01 and costs of $ 8.38 are awarded to plaintiff under the Equal Access to Justice Act, 28 U.S.C. 2412, for his attorney's time in Federal District Court, to be made payable to SARA L. GABIN, P.C., Attorney at Law.

DATED this __15th__ day of __July__, 2005.

_____
UNITED STATES DISRCTIC COURT JUDGE

Submitted by:

_____
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

ORDER FOR EAJA FEES - 1

Approved by:

/s/ L. Jamala Edwards
_____
L. JAMALA EDWARDS
Special Assistant United States Attorney

APPLICATION FOR EAJA FEES - 2